# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: <u>2:11-CR-00841-DSF</u>     Recorder: <u>CS 09/23/2011</u>     Date: <u>09/23/2011</u>

Present: The Honorable <u>Ralph Zarefsky</u>, U.S. Magistrate Judge

Court Clerk: <u>Mel Zavala</u>     Assistant U.S. Attorney: <u>Christina Shay</u>

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| 3.) JOHN JAVILO MCCULLAH<br>    CUSTODY-PRESENT | 3.) FIRDAUS F. DORDI<br>    DFPD | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is as charged.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

Defendant pleads not guilty to all counts in the Indictment.

This case was previously assigned to the calendar of District Judge Dale S. Fischer.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial 11/15/2011 at 8:00 AM
    Status Conference 10/3/2011 at 8:30 AM
    Pre-trial Conference 10/3/2011 at 8:30 AM
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

The Judge's Discovery Order issued.

First Appearance/Appointment of Counsel: <u>00 : 00</u>
PIA: <u>00 : 04</u>
Initials of Deputy Clerk: <u>MZ by TRB</u>

cc: Statistics Clerk, PSALA USMLA