```
ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
VICKI CHOU (California Bar No. 248598)
Assistant United States Attorney
General Crimes Section
     1200 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-8692
     Facsimile: (213) 894-0141
     Email:     vicki.chou@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CR No. 11-00841-DSF-3 |
|---|---|
| Plaintiff, | ) [PROPOSED] ORDER GRANTING GOVERNMENT'S MOTION TO DISMISS THE INDICTMENT AS TO DEFENDANT JOHN JAVILO MCCULLAH PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 48 |
| v. | |
| JOHN JAVILO MCCULLAH, | |
| Defendant. | |

Having considered the government's motion, IT IS HEREBY ORDERED THAT, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, the indictment in the above-captioned case is DISMISSED WITHOUT PREJUDICE as to defendant John Javilo McCullah.

IT IS SO ORDERED.

_____   _____
DATE                          THE HONORABLE DALE S. FISCHER
                              UNITED STATES DISTRICT JUDGE

Presented by:

/s/
_____
VICKI CHOU
Assistant United States Attorney