1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   Assistant United States Attorney
3  Chief, Criminal Division
   VICKI CHOU (California Bar No. 248598)
4  Assistant United States Attorney
   General Crimes Section
5       1200 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-8692
7       Facsimile: (213) 894-0141
        Email:     vicki.chou@usdoj.gov
8
   Attorneys for Plaintiff
9  United States of America

                    UNITED STATES DISTRICT COURT

                FOR THE CENTRAL DISTRICT OF CALIFORNIA

   UNITED STATES OF AMERICA,    ) CR No. 11-00841-DSF-3
                                )
              Plaintiff,        )  ORDER GRANTING
                                ) GOVERNMENT'S MOTION TO DISMISS
              v.                ) THE INDICTMENT AS TO DEFENDANT
                                ) JOHN JAVILO MCCULLAH PURSUANT
   JOHN JAVILO MCCULLAH,        ) TO FEDERAL RULE OF CRIMINAL
                                ) PROCEDURE 48
              Defendant.        )
                                )
                                )
                                )
   _____)

1  Having considered the government's motion, IT IS HEREBY
2  ORDERED THAT, pursuant to Rule 48(a) of the Federal Rules of
3  Criminal Procedure, the indictment in the above-captioned case is
4  DISMISSED WITHOUT PREJUDICE as to defendant John Javilo McCullah.
5      IT IS SO ORDERED.
6  10/25/11

    _____        _____
    DATE                               THE HONORABLE DALE S. FISCHER
                                       UNITED STATES DISTRICT JUDGE

Presented by:

/s/
_____
VICKI CHOU
Assistant United States Attorney

2